USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

                   -v-

   JOHN DEPEYSTER,

                           Defendant.
-------------------------------------------------------------- X

1:19-cr-253-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    By letter dated December 24, 2019, the government has requested that the Court grant leave for it to file a motion in limine under seal in its entirety. That request is denied. The Court will consider specific proposed redactions if they are presented in a renewed motion.

SO ORDERED.

Dated: December 26, 2019
New York, New York

                                                      _____
                                                         GREGORY H. WOODS
                                                   United States District Judge