USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2019



# MEMORANDUM ENDORSED

December 27, 2019

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *United States v. John Depeyster*, 19 Cr. 253 (GHW)

Dear Judge Woods:

    Pursuant to the Court's order dated December 27, 2019 (*see* ECF No. 61), please find attached as Exhibit A the Government's renewed motion *in limine* with proposed redactions.

    For the reasons previously presented to the Court, which are explained further in Section II of the attached letter, the Government respectfully requests that the Court permit this motion to be filed in redacted form.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney
    Southern District of New York

By: *Jarrod L. Schaeffer*
    Jarrod Schaeffer
    Assistant United States Attorney
    Tel: (212) 637-2270

Application granted. For the reasons stated in Section II of Exhibit A to the Government's letter, the Government has made a sufficient showing that in this instance, redaction "is essential to preserve higher values[,] and is narrowly tailored to serve that interest." *In re New York Times Co.*, 828 F.2d 110, 116 (2d Cir. 1987) (quotation omitted). Redaction is appropriate here to protect the "privacy interests of innocent third parties[,]" which can be a "compelling interest" that justifies sealing judicial documents. *United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995). Accordingly, the Government's motion to file this motion in redacted form is granted.

SO ORDERED.

Dated: December 30, 2019
New York, New York

    GREGORY H. WOODS
    United States District Judge