| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/9/2020 |

-------------------------------------------------------------X
                                                     :
  UNITED STATES OF AMERICA,                    :
                                                     :
                      -v-                            :              1: 19-cr-00253-GHW
                                                       :
  JOHN DEPEYSTER,                             :               <u>ORDER</u>
                                                       :
                                        Defendant.   :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The final pretrial conference scheduled for 3:30 p.m. on January 20, 2020 is rescheduled to 1 p.m. on the same date.

       SO ORDERED.

Dated:  January 9, 2020
New York, New York

                                                       _____
                                                              GREGORY H. WOODS
                                                         United States District Judge