USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

               -v-                    1: 19-cr-00253-GHW

   JOHN DEPEYSTER,                ORDER

                         Defendant.
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The final pretrial conference is rescheduled to 1 p.m. on January 17, 2020. The Clerk of Court is directed to terminate the motion pending at Dkt No. 69.

SO ORDERED.

Dated: January 13, 2020
New York, New York

                                                  GREGORY H. WOODS
                                        United States District Judge