USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
-v- : 1:19-cr-253-GHW
:
JOHN DEPEYSTER, : ORDER
:
Defendant. :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On January 21, 2020, Defendant submitted a document titled "Objections to Voir Dire and Questionnaire" laying out objections to the voir dire questions that the Court distributed at the final pretrial conference. Dkt No. 71. The Court will hold a conference on January 28, 2020 at 1 p.m. to discuss these objections and any other issues the parties wish to discuss with the Court before trial begins. The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The Clerk of Court is directed to terminate the motions pending at Dkt Nos. 58, 60, and 71.

SO ORDERED.

Dated: January 22, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge