USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

**INGA L. PARSONS, ESQ.**

Admitted to MA NY WY     Attorney at Law

Federal Court     3 Bessom St. No. 234     **MEMORANDUM ENDORSED**

U.S. Supreme Court     Marblehead, MA 01945

January 23, 2020

BY ECF FILING

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *USA v. Depeyster*, 19 Cr. 253 (GHW)

Dear Judge Woods:

Counsel is in receipt of the Court's scheduling a hearing on the voir dire questionnaire objections for 1 p.m. on January 28, 2020. As this Court may recall, counsel is out of town in Wyoming and will not be returning to New York until January 31, 2020. Counsel is available by telephone at 1 p.m. on January 28, 2020 or in person any time on January 31, 2020. Counseling is returning to Boston the evening of January 29, 2020 but has two court appearances in Boston on January 30, 2020.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc: All parties of record via ECF

---

Application granted. The conference scheduled for January 28, 2020 is adjourned to January 31, 2020 at 2 p.m.

The Clerk of Court is directed to terminate the motions pending at Dkt Nos. 72, 74. and 75.

SO ORDERED.

Dated: January 27, 2020
New York, New York

GREGORY H. WOODS
United States District Judge