```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                              -v-                            :
                                                             :                1:19-cr-253-GHW
    JOHN DEPEYSTER,                                          :
                                                             :                    ORDER
                                              Defendant.     :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2020

GREGORY H. WOODS, District Judge:

At the request of the Defendant, the Court adjourned the sentencing in this matter to July 13, 2020 at 3:30 p.m. Dkt. No. 97. On May 12, 2020, the Defendant notified the Court that he is willing to proceed with the sentencing by remote means. Dkt. No. 98. Accordingly, it is hereby

ORDERED that sentencing will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/gregory_woods/3GYFDP22.

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number:  917-933-2166

Conference ID:  966399735

IT IS FURTHER ORDERED that defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with the Defendant prior to the proceeding. If the Defendant consents, and is able to sign the form, defense counsel shall file the executed form at least 24 hours prior to the proceeding.  In the event the Defendant consents, but counsel is unable to obtain the Defendant's physical signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

Dated:  May 13, 2020

Gregory H. Woods
United States District Judge

---

[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited  May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

                ,
                Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

-CR-    ( ) ( )

**Check Proceeding that Applies**

\_\_\_\_    Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law.  I have consulted with my attorney about those charges.  I have decided that I wish to enter a plea of guilty to certain charges.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.


Date:    _____         _____
             Print Name                                              Signature of Defendant


\_\_\_\_    Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I do not wish to wait until the end of this emergency to be sentenced.

4

I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____   _____
        Print Name                      Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _____   _____
        Print Name                      Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date: _____
      Signature of Defense Counsel

**Accepted:** _____
                  Signature of Judge
                  Date: